### INDEMNITY INSURANCE CO of NORTH AMERICA v STAMBERGER CO
### SAME v B. F. HAUSERMAN CO
### SAME v DETROIT STEEL PRODUCTS CO.

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided May 26, 1930

For full opinion see 32 O L R 121; 37 Oh Ap 236 (Oh Bar 2-24-31).